UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

RLS GROUP, INC.,
a Michigan corporation,

        Plaintiff,

v.

HARRINGTON, INC.,
a Pennsylvania corporation,

        Defendant.

Civil Action No. 2:05 CV 73024

Hon. Denise P. Hood
Magistrate Judge Mona K. Majzoub

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter having come before the Court upon the Stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1. The Clerk is directed to ADMINISTRATIVELY CLOSE this case for administrative purposes only.

2. Upon resolution of the reexamination proceedings in the United States Patent and Trademark Office either party may reinstitute this case to active status upon proper motion. If the suit is resolved by the reexamination proceedings, plaintiff shall promptly move for dismissal of this case.

3. The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.

SO ORDERED

Date: January 21, 2009

s/ DENISE PAGE HOOD
Honorable Denise Page Hood
United States District Judge

Stipulated to by:

By: s/Joseph Burgess
Joseph G. Burgess (P41621)
BURGESS LAW OFFICE, PLLC
691 N. Squirrel Rd., Suite 110
Auburn Hills, MI 48326
Telephone: 248-364-0200
Facsimile: 248-364-9604
Email:jburgess@burgessiplaw.com

Robin A. Asher (P47931)
CLARK HILL PLC
Woodward Avenue,
Suite 3500
Detroit, MI 48226-3485
Telephone: 313-965-8300
Facsimile: 313-965-8252

Attorneys for RLS Group, Inc.

By: s/ with consent Robert L. Kelly
Robert L. Kelly, (P34412)
DICKINSON WRIGHT, PLLC
38525 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304-5092
Telephone: 248-433-7200
Facsimile: 248-433-7274
Email:rkelly@dickinsonwright.com

Attorneys for Harrington, Inc.